IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA,** *ex rel.*
**ROSEANNE WHOLEY,**

        **Plaintiff/ Relator,**

                                                      Civil Action No. 13 -1538

v.

**UPMC, DONOHUE CARDIOLOGY
ASSOCIATES, and BRYAN C.
DONOHUE, M.D.**

        **Defendants.**

**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)**

AND NOW COMES the Plaintiff/ Relator, Roseanne Wholey, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), voluntarily dismisses the within case without prejudice. Pursuant to 31 U.S.C. § 3730(b)(1) the United States has been notified of this notice and has indicated that it has no objection to the dismissal of this action.

Dated this 27th day of June, 2015.
                                    Respectfully submitted,

                                                                By: /S/ Andrew M. Stone
                                                                Andrew M. Stone, Esquire
                                                                Pa. I.D. No. 35176
                                                                STONE LAW FIRM, LLC
                                                                1806 Frick Building
                                                                437 Grant Street
                                                                Pittsburgh, PA  15219
                                                                Tel:    412-391-2005
                                                                Fax:   412-391-0853
                                                                astone@stone-law-firm.com

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 27th day of June, 2015, the foregoing Notice of Dismissal Pursuant to Rule 41(a) was filed with clerk using the CM/ECF system, which will serve notice on all counsel of record.

                                                By: /S/ Andrew M. Stone  
                                                Andrew M. Stone, Esquire  
                                                Pa. I.D. No. 35176  
                                                STONE LAW FIRM, LLC  
                                                1806 Frick Building  
                                                437 Grant Street  
                                                Pittsburgh, PA  15219  
                                                Tel:     412-391-2005  
                                                Fax:    412-391-0853  
                                                astone@stone-law-firm.com